UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COREY A. McDOWELL,

    Plaintiff,

-vs-                                                      Case No.  8:10-CV-1797-T-30TBM

HILLSBOROUGH COUNTY
FLORIDA OFFICIALS, et al.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Motion to Refile Complaint and Public Request (Dkt. 4) in which Plaintiff requests the Court reopen this action to allow Plaintiff to amend his complaint to withdraw his request to have this Court seize the record from his state court criminal proceedings, and instead request the Court send his complaint to the United States Attorney to have Defendants criminally prosecuted.[1] First, Plaintiff's request must be denied because this Court previously dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted, and closed this case.  Because there is no pending complaint, there is nothing to amend.  *Cf. United States v. Terrell*, 141 Fed. Appx. 849, 852 (11th Cir.2005) ("[T]here was no pending § 2255 motion in the district court when Mr. Terrell filed his motion and, hence, there was nothing to amend.").  Second, "[t]his court cannot direct

---

[1]Plaintiff also asserts that the Florida Department of Correction has subjected him to unspecified "misconduct." He requests the Court provide him with a form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983.

that a federal prosecution occur; authority to investigate and initiate criminal complaints rests exclusively with federal prosecutors." *United States ex rel. Stolls v. Martin*, 2006 U.S. Dist. LEXIS 48880, at *8 (N.D. Fla. June 2, 2006) (citing *Inmates of Attica Correctional Facility v. Rockefeller*, 477 F.2d 375 (2nd Cir. 1973); *Young v. Herald*, 2005 U.S. Dist. LEXIS 38002, 2005 WL 1048117 (E.D. Ky. 2005)). Further, "[b]ecause the [motion] on its face is insufficient to establish probable cause, this court will decline to forward it to the office of the United States Attorney for review. Id. at *9 (citing *United States ex rel. Savage v. Arnold*, 403 F.Supp. 172, 173 (E.D.Pa.1975)).

Accordingly, the Court **ORDERS** that:

1. Plaintiff's Motion to Refile Complaint and Public Request (Dkt. 4) is **DENIED**.

2. The **Clerk of Court** shall mail a copy of the civil rights complaint form to Plaintiff with his copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on December 28, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished:
Plaintiff *pro se*